IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil No. 1:11CV00641 (LO/TCB) |
| | ) | |
| 4219 UNIVERSITY DRIVE, FAIRFAX, VIRGINIA, | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| $28,534.22 IN FUNDS SEIZED FROM PNC BANK ACCOUNT NO. ENDING IN 4269, | ) ) | |
| | ) | |
| Defendants. | ) | |

## PlAINTIFF'S REVISED EXHIBIT LIST

The United States, by and through its attorneys, hereby files a revised exhibit list for trial:

| Exhibit No. | Description | Admitted | Offered |
|---|---|---|---|
| 1 | Deed from Joseph Adams to Turan & Duygu Kivanc dated July 2, 1993 for 4219 University Drive (Bates Range: 082598-082599) | | |
| 2 | Deed from Turan & Duygu Kivanc to Mert Kivanc dated September 27, 2005 for 4219 University Drive (Bates Range: 082601-082602) | | |
| 3 | $288,000 mortgage loan to Mert Kivanc for 4219 University Drive (Bates Range: 082604-082622) | | |

| | | | |
|---|---|---|---|
| 4 | $100,000 credit line deed of trust to Mert Kivanc (Bates Range: 082624-082630) | | |
| 5 | Approximately $270,000 in checks from Mert Kivanc in 02/2007-03/2007 paying off his mortgage on 4219 University Drive (Bates Range: 082631-082643) | | |
| 6 | Certificate of Satisfaction filed April 16, 2007 on Mert Kivanc's $288,000 mortgage loan (Bates Range: 082644) | | |
| 7 | Regional Sales Contract between Mert Kivanc, Turan Kivanc and Duygu Kivanc dated May 10, 2007 (Bates Range: 082648-082657) | | |
| 8 | Deed from Mert Kivanc to Turan & Duygu Kivanc dated May 30, 2007 for 4219 University Drive (Bates Range: 082646-082647) | | |
| 9 | Two $300,000 cashier's checks from BFSFCU bank account that were redeposited to BFSFCU in May 2007 (Bates Range: 082658-082659) | | |
| 10 | Corresponding May 2007 bank statements of Turan & Duygu Kivanc from BFSFCU (Bates Range: 082662-082664) | | |
| 11 | Two $325,000 cashier's checks from PNC Bank account that were redeposited in PNC Bank in May and June 2007 (Bates Range: 082660-082661) | | |
| 12 | Corresponding May/June 2007 bank statements from PNC Bank (Bates Range: 082665-082668) | | |
| 13 | PNC Bank & BFSFCU bank records/wire detail showing money wired to Turkey in May and June 2007 (Bates Range: 082669-082671) | | |

| | | | |
|---|---|---|---|
| 14 | August 9, 2010, Notice of Default on $100,000 line of credit (Bates Range: 082673-082674) | | |
| 15 | October 9, 2010, Certificate of Satisfaction on $100,000 credit line (Bates Range: 082675) | | |
| 16 | $580,750 in checks from Mert Kivanc to Turan Kivanc between 11/2006-5/2007 (Bates Range: 082677-082684) | | |
| 17 | $483,185.50 in checks from Mert Kivanc to Turan Kivanc between 11/2006-4/2007 (Bates Ranges: 082676; 082685-082690) | | |
| 18 | Approximately $470,000 in checks from 02/2007 - 03/2008 from Mert Kivanc for the renovation/reconstruction of 4219 University Drive (Bates Range: 082474-082541) | | |
| 19 | Renovation and Restoration ledger for 4219 University documenting payments of costs between 02/2007-03/2008 (Bates Range: 082542-082547) | | |
| 20 | City of Fairfax Permits/Soil Erosion records related to 4219 University Drive (Bates Ranges: 041005-041057; 082548-082550) | | |
| 21 | Renovation/Construction records from Michael Daughtry related to the demolition and construction of 4219 University Drive (Bates Range: 024007-024564) | | |
| 22 | Mert Kivanc Bankruptcy filing from December 2009 (Hard copy provided) | | |

| | | | |
|---|---|---|---|
| 23 | Remicade supply records from:<br>Oncology Therapeutics Network<br>(Bates Range: 037070-037074)<br><br>Florida Infusion (Bates Range: 036812-036827)<br>McKesson (Bates Range: 037077-037105; hard copy of additional single page provided)<br>Express Scripts/Curascript/Priority Healthcare (Bates Range: 037108-037170) | | |
| 24 | Remicade supply and billing records from Mert Kivanc<br>(Bates Range: 023463-024006) | | |
| 25 | Remicade supply companies with no sales recorded to Mert Kivanc:<br><br>Amerisource/Bergen (Bates Range: 037066-037067)<br>Accredo/NovaFactor (Bates Range: 085064)<br>Cardinal Health (Bates Range: 085066) | | |
| 26 | Remicade superbills for Mert Kivanc<br>(Bates Range: Various within 016056-060673<br>(hard copies provided) | | |
| 26-1 | D. Bollware Superbill<br>(Bates Range: 032070-71) | FR Depo 01/05/12 | |
| 26-2 | J. Dyson Superbill<br>(Bates Range: 060588-89) | FR Depo 01/05/12 | |
| 27 | Infusion spreadsheets prepared by Khoa Nguyen 04/2006-06/2006<br>(Bates Range: 077009-077028) | | |
| 28 | Remicade billing and payment records from the following health benefit plans relating to Mert Kivanc's medical practice for dates of service 11/1/2005 - 10/31/2007:<br><br>Aetna (Bates Ranges: 040989-041004; 082454-082469; 082787-082966)<br>Anthem BlueCross BlueShield (Bates Range: 040949-040987; 082970-083616)<br>CareFirst BlueCross BlueShield (Bates Range: 036798 (Spreadsheets on this CD named "STARS FBI JUN 06-Mar 09 (C) F_" and "carefirst1(c)F"; 040881; 040883-040948; 083618-084491) | | |

| | | | |
|---|---|---|---|
| | Cigna (Bates Ranges: 085090-085092; 085102-085163; 085165; 085180-085340)<br>Medicaid (Bates Range: 081144-081790)<br>Medicare (Bates Range: 036789 (Spreadsheet on this CD named "Medicare1 (C)  FF\_" - password  for spreadsheet is "FRuq85Un"); 061434-061633; 084493-084847)<br>United Healthcare (Hard copies provided on 12/13/2011; 036789 (Spreadsheet on this CD named "r\_UNET DATA PULL FF\_") | | |
| 28-1 | J. Dyson EOB Aetna<br>(Bates Range: 082931) | FR Depo 01/05/12 | |
| 28-2 | J. Dyson Check - Void Copy<br>(Bates Range: 082930) | FR Depo 01/05/12 | |
| 28-3 | Anthem Remittance Voucher - D.Bollware<br>(Bates Range: 083103-109) | | |
| 29 | Wachovia/Wells Fargo Bank Statements, checks, deposit slips and other documentation related to the accounts of Mert T. Kivanc D.O., PC; Metro Arthritis Imaging Infusion & Associates dba Mert T. Kivanc; and Mert T. Kivanc.<br><br>(Bates Ranges: 037178-037279; 037378-038266; 038652-038778; 038909-039033;039034-039086; 039873-040085; 040090-040117; 041065-041280; 041282; 041287-041347; 041357-041440; 041441-041442; 041449-041562; 041566-041641; 041573; 041580) | | |
| 29-1 | J. Dyson Check from Bank<br>(Bates Range:  037637) | FR Depo 01/05/12 | |
| 29-2 | J. Dyson Deposit Slip<br>(Bates Range:  037629) | FR Depo 01/05/12 | |
| 29-3 | D. Bollware Check from Bank<br>(Bates Range:  037506) | FR Depo 01/05/12 | |
| 29-4 | D. Bollware Deposit Slip<br>(Bates Range:  037489) | FR Depo 01/05/12 | |
| 30 | Bank Fund Staff Federal Credit Union bank statements, checks, deposit slips and other documentation related to the accounts of Mert T. Kivanc; Turan S. & Duygu Kivanc | | |

|    |    |    |    |
|----|----|----|----|
|    | (Bates Ranges: 038268-038304; 038521-038631; 039337-039395; 041850-042128; 042137; 042139-042140; 042145; 042149-042203; 042206-042207; 076938-076940; 076943-076963; 076965-076976; 076978-077008) |  |  |
| 31 | PNC Bank statements, checks, deposit slips and other documentation related to the accounts of Turan S. Kivanc, Duygu Kivanc, Mert T. Kivanc, Tunc M. Kivanc<br><br>(Bates Ranges: 042573-042577; 042580-042710; 042714-042721; 042723-042736; 042738-042768; 042772-042789; 042791-042792) |  |  |
| 32 | Cardinal Bank statements, checks, deposit slips and other documentation related to the accounts of Mert T. Kivanc dba Metro Arthritis Imaging Infusion and Associates (MAII&A) (Bates Ranges: 036793-036798; 038639; 038641-038650) |  |  |
| 33 | Wire transfers from Mert Kivanc's business Wachovia/Wells Fargo Bank account to HSBC Turkey during the period 11/2007 - 12/2008 (Bates Range: 082691-082698) |  |  |
| 34 | Summary Charts 1-15 (Hard copies provided) |  |  |
| 35 | Claimant Turan Kivanc's sworn statements filed in this case, including interrogatory responses. |  |  |

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:     /s/
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3700
Fax: 703-299-3982
Email Address: Karen.Taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2012, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jeffrey S. Jacobovitz, Esq.
Gabriel D. Soll, Esq.
McCarthy, Sweeney & Harkaway, PC
1825 K Street, N.W., Suite 700
Washington, D.C.  2006
Phone: 202-775-5560
Fax: 202-775-5574
Email: gsoll@mshpc.com
Counsel for Turan Kivanc
Counsel for Duygu Kivanc

/s/
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3700
Fax: 703-299-3982
Email Address: Karen.Taylor2@usdoj.gov