**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11 CV 641 (LO/TCB) |
| | ) | |
| 4219 UNIVERSITY DRIVE, | ) | |
| FAIRFAX, VIRGINIA, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| $28,534.22 IN FUNDS SEIZED FROM | ) | |
| PNC BANK ACCOUNT NO. ENDING | ) | |
| IN 4269, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Turan Kivanc and Duygu Kivanc, third-party Claimants in the above-captioned proceeding, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the jury's verdict and associated Orders entered in this action during the trial ending on the 9th day of February 2012, as well as orders entered on the 3rd day of February 2012, the 23rd day of January 2012, the 6th day of January 2012, and the 16th day of September 2011.

                                                                   /s/_____
                                                                   Jeffrey S. Jacobovitz (*pro hac vice*)
                                                                   Susan J. King (VSB No. 26130)
                                                                   McCarthy, Sweeney & Harkaway, PC
                                                                   1825 K Street, N.W., Suite 700
                                                                   Washington, DC 20006
                                                                   Phone: 202-775-5560
                                                                   Fax: 202-775-5574
                                                                   *Counsel for Turan Kivanc & Duygu Kivanc*

Dated: March 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2012, a copy of the foregoing Notice of Appeal was served via the Court's CM/ECF system to the Clerk, which will also notify the following persons that such filing has been made:

Karen Ledbetter Taylor
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3982
Email: Karen.Taylor2@usdoj.gov
*Attorney for the United States of America*

Brian D. Harrison
Special Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: 703-299-3700
Fax: 703-299-3980
Email: brian.harrison4@usdoj.gov
*Attorney for the United States of America*

　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　Susan J. King (VSB No. 26130)
　　　　　　　　　　　　　　　McCarthy, Sweeney & Harkaway, PC
　　　　　　　　　　　　　　　1825 K Street, N.W., Suite 700
　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　Phone: 202-775-5560
　　　　　　　　　　　　　　　Fax: 202-775-5574
　　　　　　　　　　　　　　　*Counsel for Turan Kivanc*
　　　　　　　　　　　　　　　*Counsel for Duygu Kivanc*